**Lucinda FRANCIS, Plaintiff-Appellant**

v.

**SOUTH CENTRAL ACTION COUNCIL, INCORPORATED, doing business as Central Care Community Health Center, Defendant-Appellee**

No. 16-20533
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed May 2, 2017

Don Tuan Nguyen, Houston, TX, for Plaintiff-Appellant

Mark T. Phelps, Kingwood, TX, for Defendant-Appellee

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM: *

Plaintiff-Appellant Lucinda Francis sued her former employer, Defendant-Appellee South Central Action Council, Incorporated, asserting claims arising from the termination of her employment. She alleged discrimination based on age in violation of the ADEA and on national origin in violation of Title VII. She also asserted a wrongful discharge claim under ERISA.

In its lengthy and exhaustive opinion and order granting South Central's motion for summary judgment of dismissal, the district court patiently detailed the facts and law applicable to Francis's claims, explaining the reasons why her action could not survive South Central's summary judgment motion. We have carefully considered that opinion in light of the record on appeal, including the parties' briefs and record excerpts, and we conclude that the district court's judgment is not only free of error but imminently correct in all respects. For us to write further would add nothing. We therefore affirm the district court's Final Judgment of April 25, 2016 for the reasons expressed in that court's Memorandum Opinion and Order of even date.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.